

JAN 1 5 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

JOSH THOMAS,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-CV-588 OWW/SMS HC

CALIFORNIA BOARD, etc.,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

_____

_____

X   Denied for the following reason:
CONSIDERING ALL RECENT 9th CIRCUIT AUTHORITY, BOARD OF PRISON HEARINGS DECISION IS SUPPORTED BY SUFFICIENT EVIDENCE NOT TO BE DEBATEABLE AMONG JURISTS OF REASON.

Dated:

OLIVER W. WANGER
United States District Judge